IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLOOMBERG L.P.**, <br> 731 Lexington Ave <br> New York, NY 10022 <br><br> **Plaintiff,** <br><br> v. <br><br> **U.S. DEPARTMENT OF ARMY,** <br> Army General Counsel <br> 104 Army Pentagon, Room 2E724, <br> Washington , D.C. 20310-0104 <br><br> **U.S. DEPARTMENT OF DEFENSE**, <br> Washington Headquarters Services <br> 1155 Defense Pentagon, Room 3C842, <br> Washington, D.C. 20301-1155 <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT**

1. Plaintiff BLOOMBERG L.P. brings this suit to force Defendants U.S. DEPARTMENT OF ARMY and U.S. DEPARTMENT OF DEFENSE to comply with Plaintiff's FOIA requests and produce records pertaining to the government's regulation of the manufacture and distribution of firearms and ammunition. In violation of FOIA, Defendants failed to issue determinations and failed to produce records responsive to the requests.

**PARTIES**

2. Plaintiff BLOOMBERG L.P. is the owner and operator of Bloomberg News. Bloomberg's newsroom of more than 2,700 journalists and analysts delivers thousands of stories a day, producing content that is featured across multiple platforms, including digital, TV, radio,

streaming video, print, and live events.  BLOOMBERG L.P. made the FOIA request at issue in this case.

3.   Defendant U.S. DEPARTMENT OF ARMY ("DOA") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOA is a component agency of U.S. DEPARTMENT OF DEFENSE.

4.   Defendant U.S. DEPARTMENT OF DEFENSE ("DOD") is a federal agency and subject to the Freedom of Information Act, 5 U.S.C. § 552.  DOD is the parent agency of DOA.

## JURISDICTION AND VENUE

5.   This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.   Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MARCH 6, 2023 FOIA REQUEST
## (LAKE CITY ARMY AMMUNITION PLANT)

7.   On March 6, 2023, BLOOMBERG submitted the following FOIA request to U.S. Army Material Command Legal Center – Rock Island Arsenal, a component of DOA:

> [1] Copies of any reviews or internal agency audits of contract, No. W52P1J19D0085, which permits Olin Winchester LLC, to operate the Lake City Army Ammunition Plant (LCAAP), a government-owned contractor-operated facility on a DOD base in Independence, MO;
>
> [2] Copies of documents from any kickoff meeting presentation for contract No. W52P1J19D0085 – including, but not limited to, memos, spreadsheets, videos, PowerPoint displays, and/or slides;
>
> [3] Copies of any memos or contract pages that describing details of the arrangement that Olin and the ultimately DOD agreed upon to determine the amount of the company's CUP/CIP obligations. The RFP modification – document # W52P1J-17-R-0141 lists to prospective approaches in narrative H0009: one a fixed fee, the other a guaranteed minimum plus percent of commercial sales.  This request is for any sections of the final contract that explain the formula that was ultimately adopted for the contract, or memos that describe the CUP/CIP funding arrangement;

[4] Copies of the annual Commercial Utilization Plan reports that Olin-Winchester is contractually required to file each year.  Time frame of this search is from January 1 2019, through February 20, 2023;

[5] Copies of the annual Commercial Investment Plan reports Olin-Winchester is contractually required to file, describing the cost and type of improvements it will make to the LCAAP in exchange for being allowed to sell surplus ammunition in the commercial market. Timeframe of this search is from January 1, 2019 through February 20, 2023;

[6] Copies of all Commercial Sales Summary reports and sales projections filed by Olin, between January 1, 2020 and February 20, 2023;

[7] Copies of Commercial Utilization Plans, Commercial Investment Plans and Commercial Sales summaries filed by the previous operator of the LCAAP from January 1, 2013 through October 31, 2020. To assist in your search, it will be helpful to note that the previous operator went through several name changes: it was originally named Alliant Techsystems (ATK); in 2015, changed its name to Orbital ATK after a merger; and in 2018 was purchased by Northrop Grumman;

[8] Copies of any response by Joint Munitions Command to the audit of the LCAAP's contracting procedures contained in the October 2022 GAO audit "Army Ammunition: Actions Needed to Improve Management of Procurement and Production Practices." GAO-23-105352;

[9] Copies of any documents, memos, reports, email and/or analyses used by Joint Munitions Command to formulate its response to the audit of the LCAAP's contracting procedures contained in the October 2022 GAO audit "Army Ammunition: Actions Needed to Improve Management of Procurement
and Production Practices." GAO-23-105352;

[10] Copies of any annual reports of financial operations at the LCAAP filed with the DOD or US Congress that give a detailed accounting of profit sharing/expense sharing between Olin Winchester and the DOD between FY 2018-2023. Please include accounting of any benefit the DOD receives from from these sales including, but not limited to: reduced costs to operate the facility, reduced product costs, payments through the Armament Retooling and Manufacturing Support program or a share in the profits;

[11] Copies of any analyses of the amount and unit price the DOD paid for ammunition produced at the plant between FY 2018-2023. This should include, but not be limited to, the following types of ammunition: 5.56mm, 7.62mm, Cal .50, Cal .30, and Cal .22;

[12] Copies of any reports, analyses, memos or reviews about trace data indicating that ammunition manufactured at the LCAAP was used in crime guns or diverted to unauthorized countries, organizations or criminal groups.  The search should include,

but not be limited to, the search terms Bureau of Alcohol, Tobacco & Firearms; ATF; Department of Justice; eTrace; NIBN; National Integrated Ballistics Network; Brasstrax System; and Matchpoint System;

[13] Any and all risk management analyses or reports documenting any risk and/or potential civil liability incurred by the Army and Department of Defense for a.) allowing surplus ammunition to be sold into the civilian commercial market and b.) doing business with Olin-Winchester, Northrup-Grumman, Orbital ATK, and or Alliant Techsystems; [and]

[14] Any memos, documents, reports or correspondence (written or electronic) involving LCAAP senior management and/or JMC/Army Contracting Command regarding a reported proposal by the Biden Administration to forbid the commercial sale of some surplus ammunition manufactured at the plant. Time frame for that search is January 1, 2022-December 31, 2022. Your search for this should include, but not be limited to, the following search terms: NSSF, National Sport Shooting Foundation, Olin, Winchester, M855/SS109, Larry Keane, Rep. Vic Rep.Vicky Hartzler, Rep. Sam Graves, and Senator Roy Blunt.

A true and correct copy of the FOIA request and subsequent email correspondence is attached as Exhibit 1 at 2-7.

8. On March 7, 2023, U.S. Army Material Command Legal Center – Rock Island Arsenal acknowledged receipt of the request and assigned reference number FA-23-0028. *Id.* at 1-2.

9. In the same email, U.S. Army Material Command Legal Center – Rock Island Arsenal stated that it is not able to respond within the 20 working days due to "a FOIA backlog." *Id.* at 1.

10. As of the date of this filing, in violation of FOIA, Defendant has not issued a determination and has produced no records responsive to the request.

### MARCH 22, 2023 FIRST FOIA REQUEST
### (JOINT PROGRAM EXECUTIVE OFFICE ARMAMENTS & AMMUNITION)

11. On March 22, 2023, BLOOMBERG submitted a FOIA request DOA for the following records:

[1] Copies of any response by the JPEO A& A and/or its staff to the audit of the LCAAP's contracting procedures contained in the October 2022 GAO audit "Army Ammunition: Actions Needed to Improve Management of Procurement and Production Practices." GAO-23-105352;

[2] Copies of any documents, memos, reports, email and/or analyses used by the JPEO A& A and/or its staff to formulate its response to the audit of the LCAAP's contracting procedures contained in the October 2022 GAO audit "Army Ammunition: Actions Needed to Improve Management of Procurement and Production Practices." GAO-23-105352;

[3] Copies of any annual reports of financial operations at the LCAAP filed with the DOD or US Congress that give a detailed accounting of profit sharing/expense sharing between Olin Winchester and the DOD between FY 2018-2023. Please include accounting of any benefit the DOD receives from [] these sales including, but not limited to: reduced costs to operate the facility, reduced product costs, payments through the Armament Retooling and Manufacturing Support program or a share in the profits;

[4] Copies of any analyses of the amount and unit price the DOD paid for ammunition produced at the plant between FY 2018-2023. This should include, but not be limited to, the following types of ammunition: 5.56mm, 7.62mm, Cal .50, Cal .30, and Cal .22;

[5] Copies of any reports, analyses, memos, or reviews about trace data indicating that ammunition manufactured at the LCAAP was used in crime guns or diverted to unauthorized countries, organizations or criminal groups. The search should include, but not be limited to, the search terms Bureau of Alcohol, Tobacco & Firearms; ATF; Department of Justice; eTrace; NIBN; National Integrated Ballistics Network; Brasstrax System; and Matchpoint system;

[6] Any and all risk management analyses or reports documenting any risk and/or potential civil liability incurred by the Army and Department of Defense for a.) allowing surplus ammunition to be sold into the civilian commercial market and b.) doing business with Olin-Winchester, Northrup-Grumman, Orbital ATK, and or Alliant Techsystems; [and]

[7] Any memos, documents, reports or correspondence (written or electronic) involving LCAAP senior management and/or the JPEO A&A staff regarding a reported proposal by the Biden Administration to forbid the commercial sale of some surplus ammunition manufactured at the plant. Time frame for that search is January 1, 2022-December 31, 2022.  Your search for this should include, but not be limited to, the following search terms: NSSF, National Sport Shooting Foundation, Olin, Winchester, M855/SS109, Larry Keane, Rep. Vic Rep.Vicky Hartzler, Rep. Sam Graves, and Senator Roy Blunt.

A true and correct copy of the FOIA request is attached as Exhibit 2.

12. Shortly after BLOOMBERG submitted the FOIA request via email, BLOOMBERG received an automatic reply from DOA, which apologized "in advance for delays." A true and correct copy of the DOA's automatic reply is attached as Exhibit 3.

13. As of the date of this filing, in violation of FOIA, DOA has not issued a determination and has produced no records responsive to the request.

## MARCH 22, 2023 SECOND FOIA REQUEST
## (ASSISTANT SECRETARY OF THE ARMY ACQUISITION)

14. On March 22, 2023, BLOOMBERG submitted a FOIA request to DOA for the following records:

[1] Copies of any response by the and/or its Assistant Secretary of the Army Acquisition, Logistics and Technology and/or its staff to the audit of the LCAAP's contracting procedures contained in the October 2022 GAO audit "Army Ammunition: Actions Needed to Improve Management of Procurement and Production Practices." GAO-23-105352);

[2] Copies of any documents, memos, reports, email and/or analyses used by ASA ALT and/or its staff to formulate its response to the audit of the LCAAP's contracting procedures contained in the October 2022 GAO audit "Army Ammunition: Actions Needed to Improve Management of Procurement and Production Practices." GAO-23-105352;

[3] Copies of any annual reports of financial operations at the LCAAP filed with the DOD or US Congress that give a detailed accounting of profit sharing/expense sharing between Olin Winchester and the DOD between FY 2018-2023. Please include accounting of any benefit the DOD receives from [] these sales including, but not limited to: reduced costs to operate the facility, reduced product costs, payments through the Armament Retooling and Manufacturing Support program or a share in the profits;

[4] Copies of any analyses of the amount and unit price the DOD paid for ammunition produced at the plant between FY 2018-2023. This should include, but not be limited to, the following types of ammunition: 5.56mm, 7.62mm, Cal .50, Cal .30, and Cal .22;

[5] Copies of any reports, analyses, memos, or reviews about trace data indicating that ammunition manufactured at the LCAAP was used in crime guns or diverted to unauthorized countries, organizations or criminal groups. The search should include, but not be limited to, the search terms Bureau of Alcohol, Tobacco & Firearms; ATF;

- 6 -

Department of Justice; eTrace; NIBN; National Integrated Ballistics Network; Brasstrax System; and Matchpoint system;

[6] Any and all risk management analyses or reports documenting any risk and/or potential civil liability incurred by the Army and Department of Defense for a.) allowing surplus ammunition to be sold into the civilian commercial market and b.) doing business with Olin-Winchester, Northrup-Grumman, Orbital ATK, and or Alliant Techsystems; [and]

[7] Any memos, documents, reports or correspondence (written or electronic) involving LCAAP senior management and/or the ASA ALT staff regarding a reported proposal by the Biden Administration to forbid the commercial sale of some surplus ammunition manufactured at the plant. Time frame for that search is January 1, 2022-December 31, 2022.  Your search for this should include, but not be limited to, the following search terms: NSSF, National Sport Shooting Foundation, Olin, Winchester, M855/SS109, Larry Keane, Rep. Vic Rep.Vicky Hartzler, Rep. Sam Graves, and Senator Roy Blunt.

A true and correct copy of the FOIA request is attached as Exhibit 4.

15. Shortly after BLOOMBERG submitted the FOIA request via email, BLOOMBERG received an automatic reply from DOA.  A true and correct copy of the DOA's automatic reply is attached as Exhibit 5.

16. On May 2, 2023, BLOOMBERG asked DOA to provide a reference number and an estimated date of completion for the request.  DOA never responded to BLOOMBERG's May 2, 2023 email.  A true and correct copy of the email is attached as Exhibit 6.

17. As of the date of this filing, in violation of FOIA, DOA has not issued a determination and has produced no records responsive to the request.

## MARCH 30, 2023 FIRST FOIA REQUEST
## (GENERAL MARK MILLEY)

18. On March 30, 2023, BLOOMBERG submitted the following FOIA request to DOA:

Any communications, including texts or emails, to and from Army Chief of Staff Gen. Mark Milley and any member the CSA staff which contain any of the following keywords. Please limit your search for communications between Aug. 14, 2015 through Aug. 19, 2019. Also please include all other documents generated by the CSA or his

staff containing those keywords during that time period, including calendar entries, pre- and post- meeting briefings, and building access clearances.

All keywords refer to gun manufacturers seeking contracts with the US Army, items particular to those contracts, or lobbyists and lobbying organizations with interests relevant to those contracts:

@americandefense.com; Michael Herson; michaelhersonadi@gmail.com; mherson@americandefense.com; Sig Sauer; XM17; Modular Handgun System; @sigsauer.com; Ron Cohen; Robert Hirt; Tabitha.wade@sigsauer.com; Robert.hirt@sigsauer.com; ron.cohen@sigsauer.com; Bobby Cox; bobby.cox@sigsauer.com; bobbycox82@yahoo.com; Crossroads Strategies; @crshq.com; John Green; Stewart Hall; Elizabeth Hart; Mathew Lapins; Hunter Moorhead; Steve Tilton; Todd Weiss; Matt Wise; Anne Brady; Mathew Lapinski; Wally Burnett; Barnes & Thornburg; @btlaw.com; Crain Burkhardt; Robert Grand; Bob Grand.

A true and correct copy of the FOIA request is attached as Exhibit 7.

19. Shortly after BLOOMBERG submitted the FOIA request via email, BLOOMBERG received an automatic reply from DOA. A true and correct copy of the DOA's automatic reply is attached as Exhibit 8.

20. As of the date of this filing, in violation of FOIA, DOA has not issued a determination and has produced no records responsive to the request.

**MARCH 30, 2023 SECOND FOIA REQUEST
(NEXT GENERATION SQUAD WEAPONS)**

21. On March 30, 2023, BLOOMBERG submitted the following FOIA request to DOA:

Any communications, including texts or emails, to and from the following entities of the U.S. Army Contracting Command referencing the Next Generation Squad Weapons (NGSW) and containing the following keywords. If they are not already included in the search, please specifically search communications containing those keywords to and from the following U.S. Army entities: Project Manager Soldier Weapons; Solider

Lethality Cross-Functional Team; Program Executive (PEO) Soldier; Join Program Executive Office Armaments & Ammunition (JPEO A&A).

Please search communications from Jan. 1, 2018 to the present. And please omit any communications that are news clippings or press releases.

All keywords refer to gun manufacturers seeking contracts with the US Army, items particular to those contracts, or lobbyists and lobbying organizations with interests relevant to those contracts:

@americandefense.com; Michael Herson; michaelhersonadi@gmail.com; mherson@americandefense.com; Sig Sauer; @sigsauer.com; Ron Cohen; Robert Hirt; Tabitha.wade@sigsauer.com; Robert.hirt@sigsauer.com; ron.cohen@sigsauer.com; Bobby Cox; bobby.cox@sigsauer.com; bobbycox82@yahoo.com; Textron; @textronsystems.com; bullpup; Lone Star Future Weapons; @lonestarfutureweapons.com; General Dynamics Ordnance and Tactical Systems; @gd-ots.com; GDOTS; Beretta USA; @berettafirearmsusa.com; Crossroads Strategies; @crshq.com; John Green; Stewart Hall; Elizabeth Hart; Mathew Lapins; Hunter Moorhead; Steve Tilton; Todd Weiss; Matt Wise; Anne Brady; Mathew Lapinski; Wally Burnett; Barnes & Thornburg; @btlaw.com; Crain Burkhardt; Robert Grand; Bob Grand.

A true and correct copy of the FOIA request is attached as Exhibit 9.

22. Shortly after BLOOMBERG submitted the FOIA request via email, BLOOMBERG received an automatic reply from DOA, which stated that the "inquiry has been received." A true and correct copy of the DOA's automatic reply is attached as Exhibit 10.

23. As of the date of this filing, in violation of FOIA, DOA has not issued a determination and has produced no records responsive to the request.

## MARCH 30, 2023 THIRD FOIA REQUEST
## (XM17 MODULAR HANDGUN SYSTEM)

24. On March 30, 2023, BLOOMBERG submitted the following FOIA request to DOA:

Any communications, including texts or emails, to and from the following entities of the U.S. Army Contracting Command referencing the XM17 Modular Handgun System (MHS) and containing the following keywords. If they are not already included in the search, please specifically search communications containing those keywords to and from the following U.S. Army entities: Project Manager Soldier Weapons;

Program Executive (PEO) Soldier; and Join Program Executive Office Armaments & Ammunition (JPEO A&A).

Please search communications from Aug. 1, 2015 to Dec. 31, 2017.  And please omit any communications that are news clippings or press releases.

All keywords refer to gun manufacturers seeking contracts with the US Army, items particular to those contracts, or lobbyists and lobbying organizations with interests relevant to those contracts:

@americandefense.com; Michael Herson; michaelhersonadi@gmail.com; mherson@americandefense.com; Sig Sauer; @sigsauer.com; Ron Cohen; Robert Hirt; Tabitha.wade@sigsauer.com; Robert.hirt@sigsauer.com; ron.cohen@sigsauer.com; Bobby Cox; bobby.cox@sigsauer.com; bobbycox82@yahoo.com; Beretta USA; @textronsystems.com; bullpup; Lone Star Future Weapons; Beretta USA; @berettafirearmsusa.com; P320

Crossroads Strategies; @crshq.com; John Green; Stewart Hall; Elizabeth Hart; Mathew Lapins; Hunter Moorhead; Steve Tilton; Todd Weiss; Matt Wise; Anne Brady; Mathew Lapinski; Wally Burnett; Barnes & Thornburg; @btlaw.com; Crain Burkhardt; Robert Grand; Bob Grand.

A true and correct copy of the FOIA request is attached as Exhibit 11.

25.     Shortly after BLOOMBERG submitted the FOIA request via email, BLOOMBERG received an automatic reply from DOA, which stated that the "inquiry has been received."  A true and correct copy of the DOA's automatic reply is attached as Exhibit 12.

26.     As of the date of this filing, in violation of FOIA, DOA has not issued a determination and has produced no records responsive to the request.

### COUNT I – MARCH 6, 2023 FOIA REQUEST
### (LAKE CITY ARMY AMMUNITION PLANT),
### DOA'S FOIA VIOLATION

27.     The above paragraphs are incorporated by reference.

28.     BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

29.     Defendant DOA is a federal agency and subject to FOIA.

30. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

31. Defendant DOA has failed to conduct a reasonable search for records responsive to the request.

32. Defendant DOA has failed to issue a complete determination within the statutory deadline.

33. Defendant DOA has failed to produce all non-exempt records responsive to the request.

### COUNT II – MARCH 22, 2023 FIRST FOIA REQUEST
### (JOINT PROGRAM EXECUTIVE OFFICE ARMAMENTS & AMMUNITION), DOA'S FOIA VIOLATION

34. The above paragraphs are incorporated by reference.

35. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

36. Defendant DOA is a federal agency and subject to FOIA.

37. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

38. Defendant DOA has failed to conduct a reasonable search for records responsive to the request.

39. Defendant DOA has failed to issue a complete determination within the statutory deadline.

40. Defendant DOA has failed to produce all non-exempt records responsive to the request.

**COUNT III – MARCH 22, 2023 SECOND FOIA REQUEST
(ASSISTANT SECRETARY OF THE ARMY ACQUISITION),
DOA'S FOIA VIOLATION**

41. The above paragraphs are incorporated by reference.

42. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

43. Defendant DOA is a federal agency subject to FOIA.

44. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

45. Defendant DOA has failed to conduct a reasonable search for records responsive to the request.

46. Defendant DOA has failed to issue a complete determination within the statutory deadline.

47. Defendant DOA has failed to produce all non-exempt records responsive to the request.

**COUNT IV – MARCH 30, 2023 FIRST FOIA REQUEST
(GENERAL MARK MILLEY),
DOA'S FOIA VIOLATION**

48. The above paragraphs are incorporated by reference.

49. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

50. Defendant DOA is a federal agency and subject to FOIA.

51. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

52. Defendant DOA has failed to conduct a reasonable search for records responsive to the request.

53. Defendant DOA has failed to issue a complete determination within the statutory deadline.

54. Defendant DOA has failed to produce all non-exempt records responsive to the request.

### COUNT V – MARCH 30, 2023 SECOND FOIA REQUEST
### (NEXT GENERATION SQUAD WEAPONS),
### DOA'S FOIA VIOLATION

55. The above paragraphs are incorporated by reference.

56. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

57. Defendant DOA is a federal agency and subject to FOIA.

58. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

59. Defendant DOA has failed to conduct a reasonable search for records responsive to the request.

60. Defendant DOA has failed to issue a complete determination within the statutory deadline.

61. Defendant DOA has failed to produce all non-exempt records responsive to the request.

### COUNT VI – MARCH 30, 2023 THIRD FOIA REQUEST
### (XM17 MODULAR HANDGUN SYSTEM),
### DOA'S FOIA VIOLATION

62. The above paragraphs are incorporated by reference.

- 14 -

63. BLOOMBERG's FOIA request seeks the disclosure of agency records and was properly made.

64. Defendant DOA is a federal agency and subject to FOIA.

65. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

66. Defendant DOA has failed to conduct a reasonable search for records responsive to the request.

67. Defendant DOA has failed to issue a complete determination within the statutory deadline.

68. Defendant DOA has failed to produce all non-exempt records responsive to the request.

**WHEREFORE,** Plaintiff asks the Court to:

　i. declare that Defendants have violated FOIA;

　ii. order Defendants to conduct a reasonable search for records responsive to the requests;

　iii. order Defendants to issue a complete determination for all requests at issue in this case;

　iv. order Defendants to produce all non-exempt requested records or portions of records promptly;

　v. enjoin Defendants from withholding non-exempt public records under FOIA;

　vi. award Plaintiff attorneys' fees and costs; and

　vii. award such other relief the Court considers appropriate.

Dated: May 26, 2023

- 15 -

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com